**CSD 1159A** [11/15/04]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

Order Entered on
June 25, 2009
by Clerk U.S. Bankruptcy Court
Southern District of California

In Re

Debtor.

BANKRUPTCY NO.

Movant(s)

RS NO.

Respondent(s)

Date of Hearing:
Time of Hearing:
Name of Judge:

## ORDER ON

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through ____ with exhibits, if any, for a total of ____ pages, is granted.  Motion/Application Docket Entry No. ____

//

//

//

//

DATED: June 24, 2009

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

_____
(Firm name)

By:_____
     Attorney for ☐ Movant  ☐ Respondent

**CSD 1159A**

```
CSD 1159A [11/15/04](Page 2)
ORDER ON
DEBTOR:                                                    CASE NO:
                                                           RS NO.:
```

CSD 1159A

*Signed by Judge Laura Stuart Taylor June 24, 2009*